UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22888

FILED by \_\_\_ D.C.
JUL 31 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

MC
CIV-UNGARO
UNDER SEAL

In Re: Request from Brazil Pursuant to the Treaty
Between the Government of the United States
of America and the Government of the Federative
Republic of Brazil on Mutual Legal Assistance in
Criminal Matters in the Matter of Francisco Ricardo
Heraclio do Rego, et al.

MAGISTRATE JUDGE
O'SULLIVAN

_____/

**APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS
AND TITLE 18, UNITED STATES CODE, SECTION 3512**

The United States of America petitions this Court for an order, pursuant to Article 1 of the <u>Treaty Between the Government of the United States of America and the Government of the Federative Republic of Brazil on Mutual Legal Assistance in Criminal Matters</u>, U.S.-Braz., Oct. 14, 1997, S. TREATY DOC. NO. 105-42 (1998) (the Treaty), 18 U.S.C. § 3512, and the Court's inherent authority, appointing Assistant United States Attorney Jonathan D. Stratton, substitute, or successor subsequently designated by the Office of the United States Attorney as Commissioner. To collect evidence from witnesses and to take such other action as is necessary to execute the attached request from the Federative Republic of Brazil made pursuant to the Treaty.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

In support of this Application, the United States is submitting the accompanying Memorandum of Law.

The United States respectfully requests that the Court grant this Application. A proposed order is being submitted for the Court's consideration.

                              Respectfully submitted,

                              BENJAMIN G. GREENBERG
                              ACTING UNITED STATES ATTORNEY

By: _____
      Jonathan D. Stratton
      Assistant United States Attorney
      Florida Bar No. 93075
      U.S. Attorney's Office-SDFL
      99 NE 4th Street
      Miami, FL 33132
      Tel. (305) 961-9151
      jonathan.stratton@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2017, the foregoing document was filed with the Court under seal.

_____
Jonathan D. Stratton
Assistant United States Attorney

2